Walenty Roszkowiak, defendant in error, v. Alozy Roszkowiak and Anna Roszkowiak, plaintiffs in error. Gen. No. 32,438.

Opinion filed June 20, 1928. Rehearing denied July 5, 1928.

Louis Greenberg and John F. Tyrrell, for plaintiffs in error. Ernest C. Reniff and Gilbert Nelson, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Walenty Sobczenski and Franciska Sobczenski, appellants, v. King John 3rd Sobieski No. 1 Building & Loan Association, appellee. Gen. No. 32,476.

Opinion filed June 20, 1928.

Morris & Allen, for appellants. W. Otto Wielgorecki and Lee Walker, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Germaine Snider, appellant, v. Charles H. Snider, appellee. Gen. No. 32,513.

Opinion filed June 20, 1928.

Steiner & Setecka, for appellant. John T. Conlon, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Albert Jampolis, appellee, v. Adolph Trost and Emil Mack, defendants. Adolph Trost, appellant. Gen. No. 32,541.

Opinion filed June 20, 1928. Rehearing denied July 5, 1928.

Thompson, Tyrrell & Chambers, for appellant; Walter H. Chambers, of counsel. Frank J. Jacobson, for appellee.

Mr. Justice Wilson delivered the opinion of the court.